

# NUMBER 13-20-00040-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ERNEST FUENTES,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

### On appeal from the 25th District Court of Lavaca County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Memorandum Opinion by Justice Longoria

The appellant's brief in the above cause was originally due on March 2, 2020. On March 4, 2020, the Clerk of the Court sent notice to appellant instructing that this appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the failure and the appellees were not significantly injured by the appellant's failure to timely file a brief.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).

NORA L. LONGORIA
Justice

Delivered and filed the
1st day of October, 2020.